# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ] | |
| ] | |
| ] | |
| **v.** ] | **2:23-cr-400-ACA-SGC** |
| ] | |
| **RO'DARYUS DONELL MITCHELL,** ] | |
| ] | |
| **Defendant.** ] | |

## ORDER

Defendant Ro'Daryus Donell Mitchell moves to dismiss the indictment. (Doc. 15). The magistrate judge issued a report recommending that the court deny the motion. (Doc. 20). Mr. Mitchell objects. (Doc. 21). Having reviewed the objections, the court **OVERRULES** them, **ADOPTS** the report, and **ACCEPTS** the recommendation. The court **DENIES** the motion to dismiss the indictment.

**DONE** and **ORDERED** this May 28, 2024.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE